IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-02455-AP


BRENDALEE JACKSON,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | JOHN F. WALSH,<br>United States Attorney<br>District of Colorado<br><br>WILLIAM PHARO,<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>1225 - 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-7278<br>Fax: 303-844-0770<br>william.pharo@usdoj.gov<br><br>DAVID I. BLOWER,<br>Special Assistant U.S. Attorney<br>Social Security Administration |

>Office of the General Counsel
>1001 Seventeenth St.
>Denver, CO 80202
>303-844-1571
>david.blower@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

>**A.  Date Complaint was filed:**     September 19, 2011

>**B.  Date Complaint was served on U.S. Attorney's office:**  September 21, 2011.

>**C.  Date Answer and Administrative Record were filed:**  November 23, 2011.

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

>The Administrative Record appears to be complete.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

>The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

>There are no unusual claims or defenses in this case.

**7.  OTHER MATTERS**

>There are no other matters to bring to the Court's attention.

**8.  BRIEFING SCHEDULE**

    A. **Plaintiff's Opening Brief Due**:    January 13, 2012
    B. **Defendant's Response Brief Due**:  February 13, 2012
    C. **Plaintiff's Reply Brief (If Any) Due**: February 27, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's statement**:

    Plaintiff does not request oral argument.

    B.    **Defendant's statement**

    Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.   ( ) All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

    B.   ( X ) All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

    DATED this 8th day of December, 2011.

                                              BY THE COURT

           _s/John L. Kane_
           U.S. DISTRICT COURT JUDGE

APPROVED:

           UNITED STATES ATTORNEY

s/ *Ann J. Atkinson*       *s/David I. Blower*
Ann J. Atkinson, Attorney at Law   By: David I. Blower, Esq.
7960 South Ireland Way      Special Assistant U.S. Attorney
Aurora, CO 80016-1904      1001 Seventeenth St.
Tele: 303-680-1881        Denver, CO 80202
Fax: 303-680-7891        303-844-1571
Email: atkinsonaj@aol.com     david.blower@ssa.gov