**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02455-PAB

BRENDALEE JACKSON,

      Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT
---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 17] of Judge Philip A. Brimmer entered on February 24, 2014, it is

**ORDERED** that the decision of the Commissioner that plaintiff was not disabled is **AFFIRMED**.  It is

**FURTHER ORDERED** that judgment is hereby entered in favor of the defendant and against the plaintiff and that the case is dismissed.  It is

**FURTHER ORDERED** that defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security, is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

Dated at Denver, Colorado this 28th day of February, 2014

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk